# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jane Doe**

       Plaintiff

   vs.                **CASE NUMBER: 5:13-cv-716 (NAM/TWD)**

**United States of America**

       Defendant

**Decision by Court.**  This action came to a hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That, as explained in the 10/21/2013 Memorandum-Decision and Order, the petition is dismissed without prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 18th day of December, 2013.

DATED: December 18, 2013

_Lawrence K. Baerman_
Clerk of Court

By: s/  Nicole Killius
        Deputy Clerk